No. 11,152.

THE STATE OF LOUISIANA VS. HENRY CLAY.

The case involves one of the points decided in the case of the State vs. Bennett No. 11,151. That decision is approved and judgment affirmed.

APPEAL from the Eleventh District Court, Parish of St. Landry. *Perrault, J.*

*M. J. Cunningham*, Attorney General, for the State, Appellee.

*John N. Ogden* and *E. P. Veazie* for Defendant and Appellant.

The opinion of the court was delivered by

FENNER, J. This appeal presents but a single plea of error presented on a motion in arrest of judgment on the ground that the minutes of the court " do not state the signature of the foreman of the grand jury after the words a ' true bill.' "

The same point was made and decided in the case of the State vs. John Bennett, Jr., recently decided, and for the reasons there given it is overruled.

Judgment affirmed.